### 188

Antonio Fiore
vs.                              } No.39759
Providence Coal Company

June 17, 1918

BLODGETT, J. Motion for new trial granted unless plaintiff on or before June 28th remits all of said verdict of $450 in excess of $217.50.

For Plaintiff:   Pettine & DePasquale.

For Defendant: Green, Hinckley & Allen.